(May 31, 2017)

■ Franklin G.S. Alvarez, Appellant-Respondent, et al., Plaintiff, v Vingsan Limited Partnership et al., Respondents-Appellants, et al., Defendants. (And a Third-Party Action.) [52 NYS3d 868]—Appeal by the plaintiff Franklin G.S. Alvarez, and separate cross appeals by the defendant Vingsan Limited Partnership and the defendant JP Morgan Chase Bank, N.A., from an order of the Supreme Court, Queens County (Janice A. Taylor, J.), entered January 8, 2015. The order, insofar as appealed from, denied the plaintiffs' cross motion for summary judgment on the issue of liability on the cause of action alleging a violation of Labor Law § 240 (1) for failure to annex a copy of the pleadings. The order, insofar as cross-appealed from by the defendant Vingsan Limited Partnership, denied those branches of that defendant's motion which were for summary

judgment dismissing the causes of action alleging violations of Labor Law §§ 200, 240 (1), and 241 (6), and common-law negligence insofar as asserted against it and for summary judgment on its cross claim for contractual indemnification against the defendant JP Morgan Chase Bank, N.A., on the ground that the supporting affidavit did not contain a jurat. The order, insofar as cross-appealed from by the defendant JP Morgan Chase Bank, N.A., denied that defendant's cross motion for summary judgment dismissing the complaint insofar as asserted against it for failure to annex a copy of the pleadings.

Ordered that the appeal and cross appeals are dismissed, as academic, without costs or disbursements.

The appeal and cross appeals from the order entered January 8, 2015, must be dismissed, as that order was vacated by a subsequent order dated November 16, 2015, made upon reargument (see Alvarez v Vingsan L.P., 150 AD3d 1177 [2d Dept 2017] [decided herewith]). Dillon, J.P., Cohen, Maltese and Duffy, JJ., concur.